**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-6747**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

LORENZO DESHON STEPHENS,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:06-cr-00281-HEH-1)

Submitted: August 22, 2013       Decided: August 27, 2013

Before MOTZ, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lorenzo Deshon Stephens, Appellant Pro Se. Roderick Charles Young, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Deshon Stephens appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). Our review of the record convinces us that the district court did not abuse its discretion in denying Stephens a reduction of sentence on the basis of public safety. Accordingly, we affirm for the reasons stated by the district court. United States v. Stephens, No. 3:06-cr-00281-HEH-1 (E.D. Va. Jan. 9, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED